**Kenneth R. KOETTING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40383.**

Missouri Court of Appeals,
Western District.

Oct. 4, 1988.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Nov. 1, 1988.

Larry C. Pace, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief.

Affirmed. Rule 84.16(b).